## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:<br>BRANDON B ROWE<br>LATOYA C ROWE<br>Debtor(s) | Case No. 14-25869 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/14/2014.

2) The plan was confirmed on 09/30/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 11/26/2018.

6) Number of months from filing to last payment: 52.

7) Number of months case was pending: 56.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $3,500.00.

10) Amount of unsecured claims discharged without payment: $98,890.25.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

Case 14-25869   Doc 47   Filed 03/06/19   Entered 03/06/19 09:44:46   Desc Main
          Document      Page 2 of 4

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $52,314.80 |
| Less amount refunded to debtor | $2,266.10 |

**NET RECEIPTS:** $50,048.70

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,190.66 |
| Other | $102.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $6,292.66

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| A/R Concepts | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | NA | 713.00 | 713.00 | 71.30 | 0.00 |
| AMERICAN AIRLINES C U | Unsecured | 456.00 | 456.71 | 456.71 | 45.67 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 3,247.84 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 283.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| AT & T WIRELESS | Unsecured | 3,687.50 | NA | NA | 0.00 | 0.00 |
| B&A PROPERTY GROUP LLC | Unsecured | NA | 2,483.97 | 2,483.97 | 248.40 | 0.00 |
| BANK OF AMERICA NA | Unsecured | NA | 235.63 | 235.63 | 23.56 | 0.00 |
| BENCHMARK MGMT | Unsecured | 1,220.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 11,950.00 | 18,171.91 | 16,126.92 | 16,126.92 | 2,477.36 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 4,588.00 | NA | NA | 0.00 | 0.00 |
| CBE GROUP | Unsecured | 611.00 | NA | NA | 0.00 | 0.00 |
| Chasmccarthy | Unsecured | 2,978.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO FINANCE CENTER | Unsecured | 7,606.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 514.47 | 1,156.10 | 1,156.10 | 115.61 | 0.00 |
| CONSUMER PORTFOLIO SERV | Unsecured | 3,408.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV LLC | Unsecured | NA | 735.85 | 735.85 | 73.59 | 0.00 |
| Diversified Consulta | Unsecured | 407.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 8,139.00 | 15,865.51 | 15,865.51 | 1,586.55 | 0.00 |
| FIRST FINANCIAL BANK | Unsecured | NA | 1,306.09 | 1,306.09 | 130.61 | 0.00 |
| FIRST FINANCIAL BANK | Unsecured | 1,306.00 | NA | NA | 0.00 | 0.00 |
| GM FINANCIAL | Unsecured | NA | NA | 530.00 | 53.00 | 0.00 |
| GM FINANCIAL | Secured | NA | 530.00 | 530.00 | 0.00 | 0.00 |
| GM FINANCIAL | Unsecured | 5,102.00 | NA | 65.31 | 6.53 | 0.00 |
| GM FINANCIAL | Secured | 11,950.00 | 17,117.31 | 17,117.31 | 17,117.31 | 2,356.34 |
| GREAT LAKES HIGHER EDUCATION | Unsecured | 5,568.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | NA | 348.79 | 348.79 | 34.88 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 4,218.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 2,399.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ILLINOIS COLLECTION SVC | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 2,000.00 | 16,057.80 | 16,057.80 | 1,605.78 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 4,000.00 | 1,163.84 | 1,163.84 | 1,163.84 | 0.00 |
| JAY K LEVY | Unsecured | 2,240.97 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 619.00 | 523.73 | 523.73 | 52.37 | 0.00 |
| MCSI/RMI | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 689.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 689.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 228.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 564.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 332.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 184.00 | NA | NA | 0.00 | 0.00 |
| NCOFIN/980 | Unsecured | 1,286.00 | NA | NA | 0.00 | 0.00 |
| NCOFIN/980 | Unsecured | 859.00 | NA | NA | 0.00 | 0.00 |
| NCOFIN/980 | Unsecured | 572.00 | NA | NA | 0.00 | 0.00 |
| NCOFIN/980 | Unsecured | 286.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |
| SADINO FUNDING LLC | Unsecured | NA | 606.36 | 606.36 | 60.64 | 0.00 |
| SIR FINANCE | Unsecured | 1,200.00 | 2,647.00 | 2,647.00 | 264.70 | 0.00 |
| SOCIAL SECURITY ADMIN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Sonnenschein Fnl Svcs | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 1,004.00 | 1,410.79 | 1,410.79 | 141.08 | 0.00 |
| Stellar Recovery Inc | Unsecured | 223.00 | NA | NA | 0.00 | 0.00 |
| TURNER ACCEPTANCE | Unsecured | 6,304.57 | NA | NA | 0.00 | 0.00 |
| Unique National Collec | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO AUTO FINANCE | Unsecured | 488.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $33,244.23 | $33,244.23 | $4,833.70 |
| All Other Secured | $530.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$33,774.23** | **$33,244.23** | **$4,833.70** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,163.84 | $1,163.84 | $0.00 |
| **TOTAL PRIORITY:** | **$1,163.84** | **$1,163.84** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$45,142.64** | **$4,514.27** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | | |
|---|---|---|
| | Expenses of Administration | $6,292.66 |
| | Disbursements to Creditors | $43,756.04 |
| **TOTAL DISBURSEMENTS** : | | **$50,048.70** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/06/2019        By: /s/ Tom Vaughn
                                                         Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**